UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KIMBERLY MILLER, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

  v.

METROPOLIS COLLECTIBLES INC.,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-661

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff(s), KIMBERLY MILLER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, METROPOLIS COLLECTIBLES INC., with prejudice and without fees and costs.

Dated: New York, New York
   May 2, 2022

                 **GOTTLIEB & ASSOCIATES**

                 <u>/s/Michael A. LaBollita, Esq.</u>

             Michael A. LaBollita, Esq., (ML-9985)
              150 East 18th Street, Suite PHR
                  New York, NY 10003
                 Phone: (212) 228-9795
                  Fax: (212) 982-6284
                Michael@Gottlieb.legal

                 *Attorneys for Plaintiffs*

SO ORDERED:
_____
United States District Court Judge
May 3, 2022